JOHN MARSH, Defendant in Error, *v.* DAVID MURPHY, Plaintiff in Error.

1. Judgment affirmed.

### *Error to Franklin Circuit Court.*

*David Murphy, in pro. per.,* for plaintiff in error.

*A. J. Seay,* for defendant in error.

BLISS, Judge, delivered the opinion of the court.

The plaintiff sued defendant for a balance of $10 claimed to be due on a promissory note of $100, omitted by mistake to be paid when the note was presented and given up. The court, on appeal, found the $10 to be due, and it being a mere question of fact we will not disturb the finding. So trifling a matter should never have been brought before us.

Judgment affirmed. Judge Adams concurs. Judge Wagner absent.